UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CASE NO. 1:23-cv-01243-STA-jay

JEROME DAVIS,

    Plaintiff,

v.

DANFOSS POWER SOLUTIONS II, LLC,
a Foreign Limited Liability Company,

    Defendant.

_____/

**JOINT NOTICE OF SCHEDULING MEDIATION**

    Plaintiff, **JEROME DAVIS** ("Plaintiff") and Defendant, **DANFOSS POWER SOLUTIONS II, LLC,** ("Defendant") (collectively, the "Parties") by and through their undersigned counsel, give notice that the mediation conference in this matter shall be held on Thursday, April 4th, 2024, at 10:00 a.m. with Mediator, Anne Hunter, Esq. via Zoom video conference.

    Dated this 6th day of February 2024.

***(Remainder of this page intentionally left blank)***

| | |
|---|---|
| ***/s/ Noah E.Storch***<br>Noah E. Storch, Esq.<br>Florida Bar No.: 0085476<br>RICHARD CELLER LEGAL, P.A.<br>10368 W. SR 84, Suite 103<br>Davie, Florida 33324<br>Telephone: (866) 344-9243<br>Facsimile: (954) 337-2771<br>Email: noah@floridaovertimelawyer.com<br><br>*Counsel for Plaintiff* | ***/s/ C. Eric Stevens***<br>C. Eric Stevens, Bar No. 010632<br>LITTLER MENDELSON, P.C.<br>333 Commerce Street<br>Suite 1450<br>Nashville, TN 37201<br>Telephone: 615.383.3033<br>Facsimile: 615.383.3323<br>Email: estevens@littler.com<br>Taylor D. Lawson, Bar No. 038692<br>LITTLER MENDELSON, P.C.<br>3725 Champion Hills Drive, Suite 3000<br>Memphis, TN 38125<br>Telephone: 901.322.1218<br>Facsimile: 901.881.4333<br>Email: tdlawson@littler.com<br><br>*Counsel for Defendant* |