# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division

Jerome Davis,

    Plaintiff,                                   **JUDGMENT IN A CIVIL CASE**

v.                                              Case No. 1:23–cv–01243–jay

Danfoss Power Solutions II LLC,

    Defendant.

      **Jury verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x       **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation for Dismissal With Prejudice entered in the above-styled matter on January 10, 2025, this case is hereby DISMISSED WITH PREJUDICE. Parties shall bear its own attorneys' fees and costs.


APPROVED:

**s/ Jon A. York**
UNITED STATES MAGISTRATE JUDGE

                                                         WENDY R. OLIVER
                                                         CLERK

<u>January 13, 2025</u>                          BY: <u>s/ Andrew Shulman</u>
DATE                                                     DEPUTY CLERK